UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ANDRE JOHNSON (#375946)**          CIVIL ACTION

**VERSUS**

**ROBERT LEWIS, ET AL.**             NO.   20-105-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.10) dated August 18, 2020, to which an objection was filed (Doc. 11); and because, despite his objection, the plaintiff has taken no additional steps to serve the defendants,

**IT IS ORDERED** that the plaintiff's action is dismissed, without prejudice, for failure of the plaintiff to serve the defendants as required by Federal Rule of Civil Procedure 4(m).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 15, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**